JOHN PILLAR ET AL. *v.* TOWN OF GROTON ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 46 Conn. App. 305 (AC 16604), is denied.

*Eugene C. Cushman*, in support of the petition.

*Andrew Brand* and *Kimberly A. Colfer*, in opposition.

Decided September 18, 1997